STATE OF CONNECTICUT *v.* CURTIS UPSHAW, JR.

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 257, is denied.

*Todd D. Fernow,* in support of the petition.

Decided July 16, 1986

STATE OF CONNECTICUT *v.* REGINALD RIDLEY

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 503, is denied.

*Helen Apostolidis,* in support of the petition.

Decided July 16, 1986

HENRY E. KEPPEL, JR., ET AL. *v.* BAROSS BUILDERS, INC.

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 435, is denied.

*Steven J. Errante,* in support of the petition.

*David J. Peska,* in opposition.

Decided July 16, 1986

ROBERT LEE JOHNSON *v.* WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION, SOMERS

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Robert Lee Johnson,* pro se, in support of the petition.

Decided July 16, 1986